James C. Thompson, #9888
STRONG & HANNI
9350 South 150 East, Suite 820
Sandy, Utah 84070
T: (801) 532-7080
F: (801) 323-2037
jthompson@strongandhanni.com

Mark E. Mills, Admitted Pro Hac Vice
BETTS, PATTERSON & MINES, P.S.
701 Pike Street, Suite 1400
Seattle, WA 98101
T:    (206) 292-9988
F:    (206) 343-7053
mmills@bpmlaw.com
*Attorneys for Plaintiff*

_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SALMON ELECTRICAL CONTRACTORS, INC., a Utah corporation<br><br>Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 1:19-cv-00087-HCN-JCB<br><br>District Judge: Howard C. Nielson, Jr.<br><br>Magistrate Judge: Jared C. Bennett |
|---|---|

**STIPULATION**

The parties stipulate that the above-entitled case, including its counterclaim, may be dismissed with prejudice; each party to bear its own attorney's fees and expenses.

| BETTS, PATTERSON & MINES, P.S.<br><br>By  /s Mark E. Mills<br>Mark E. Mills  (Admitted Pro Hac Vice) | DENTONS DURHAM JONES PINEGAR<br><br>By /s Dana T. Farmer (permission to sign granted by 5/19/2021 email)<br>Dana T. Farmer<br>Attorneys for Defendant |
|---|---|
| STRONG & HANNI<br><br>By /s James C. Thompson<br>James C. Thompson<br>Attorneys for Plaintiff | |

2

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-entitled case, including its counterclaim, is dismissed with prejudice and without costs.

DATED this _____ day of _____, 2021.

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge